EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Yanira Santiago Santiago | 2022 TSPR 23<br><br>208 DPR _____ |

Número del Caso: TS-16,390


Fecha: 28 de febrero de 2022



Abogada de la peticionaria:

    Por derecho propio



Materia: Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Yanira Santiago Santiago

TS-16,390

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de febrero de 2022.

Examinada la *Moción en cumplimiento de orden y solicitud de reinstalación al ejercicio de la abogacía*, presentada por la Sra. Yanira Santiago Santiago, se ordena la reinstalación de ésta al ejercicio de la abogacía.

Además, se le ordena a la Secretaría de este Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Bettina Zeno González
Secretaria del Tribunal Supremo Interina